STATE v. BRITT

No. 503P99

Case below: 135 N.C.App. 230

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.

STATE v. BROOME

No. 23P00

Case below: 136 N.C.App. 82

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 2 March 2000. Petition by defendant for discretionary pursuant to G.S. 7A-31 denied 2 March 2000.

STATE v. CAMPBELL

No. 299A93-2

Case below: Rowan County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Rowan County, denied 2 March 2000.

STATE v. CHAVIS

No. 447P99

Case below: 134 N.C.App. 546

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 3 February 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.

STATE v. COBLE

No. 446PA99

Case below: 134 N.C.App. 546

Motion by defendant for release pending discretionary review denied 3 February 2000.